AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gregory, Roger L | US Court of Appeals - 4th Cir. | 05/09/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

1000 East Main Street
Suite 212
Richmond, VA 23219-3517

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 01/2005 | Philip Morris, Incorporated |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Association of American Law Schools | January 7-9, San Francisco, CA Keynote Address (travel, lodging and meals) |
| 2. | Unversity of the Pacific - McGeorge Law School | January 9-10, Sacramento, CA Keynote Address (travel, lodging and meals) |
| 3. | University of California - Davis School of Law | January 10-11, Sacramento, CA Keynote Address (travel, lodging and meals) |
| 4. | American Bar Association | January 27, New York, NY Commission on the American Jury Meeting - (travel and meal) |
| 5. | Price Waterhouse Coopers | February 16-20, Palm Springs, CA Panel Participant Annaul Seminar (travel, lodging and meals) |
| 6. | University of Maryland | March 12-13, Baltimore, MD BLSA Keynote Speaker (travel, lodging and meals) |
| 7. | Washington & Lee University School of Law | May 6-8, Lexington, VA, Commencement Speaker, (travel, lodging and meals) |

| | |
|---|---|
| 8. Southern University Law School | May 13-14, Baton Rouge, New Orlean, LA, Commencement Speaker, (travel, lodging and meals) |
| 9. American Bar Association | August 5-8, Chicago, IL, Keynote Opening Speaker, Annual Meeting, (travel, lodging and meals) |
| 10. Portsmouth Bar Association | September 26, Portsmouth, VA, Luncheon Speaker - (travel and meal) |
| 11. National Constitution Center | October 11, Philadelphia, PA, Luncheon Speaker, (travel) |
| 12. George Washington University Law School | November 19-20, Washington, DC, Moot Court Competition Participant, (travel, lodging and meals) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Chase Bank Mastercard | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/09/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Prudential Insurance Annuity | B | Dividend | K | T | | | | | |
| 3. Philip Morris Profit Sharing Plan | E | Dividend | N | T | | | | | |
| 4. Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 5. ManuLife Financial Common Stock | B | Dividend | L | T | | | | | |
| 6. World Airways Common Stock | | None | J | T | | | | | |
| 7. New York Life IRA - Fixed Annuity | A | Interest | J | T | | | | | |
| 8. American Express IRA - Fixed | A | Interest | K | T | | | | | |
| 9. Consolidated Bank & Trust | A | Interest | J | T | | | | | |
| 10. SuperValu, Inc. Common Stock | | None | | | option/sold | 8/29 | K | D | See Explanation |
| 11. John Hancock Life Ins. (term/whole life ins. policy) | | None | K | T | | | | | See Explanation |
| 12. New York Life Insurance (term/whole life ins. policy) | | None | J | T | | | | | See Explanation |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

Item #10 - SuperValu, Inc. Common Stock: the 1995 stock option was excercised and sold on the same date - 8/29/05. The gain reported is based upon the difference in the option price and the sale price of the stock. No Super Value stock was owned prior to this transaction.

Item #11 - John Hancock Life Insurance (term/whole Life Policy): I inadvertently omitted reporting this life insurance policy, which is a "mixed" term and whole life insurance policy. I apologize for this mistake.

Item #12 - New York Life Insurance (term/whole Life Policy): I inadvertently omitted reporting this life insurance policy, which is a "mixed" term and whole life insurance policy. I apologize for this mistake.

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L | 05/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date___ 5/9/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544